

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-88,396-02

### EX PARTE WALTER EARL McDONALD, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1449066-A IN THE 263rd DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of the offense of aggravated assault with a deadly weapon and sentenced to imprisonment for twenty years.

On March 19, 2018, an order designating issues was signed by the trial court. This order designated the issues of ineffective assistance of trial counsel and ineffective assistance of appellate counsel for resolution. The habeas record has been forwarded to this Court prematurely[1]. We

---

[1] This application was forwarded in response to our mandamus abatement order. However, we would note that our abatement order provided the district clerk the opportunity to

remand this application to the 263rd District Court of Harris County to allow the trial judge to complete an evidentiary investigation and enter findings of fact and conclusions of law.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time must be requested by the trial court and shall be obtained from this Court.

Filed: July 25, 2018
Do not publish

---

reply that this pending application was well within the time frame set out in Tex. R. App. P. 73.4(b)(5).